UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT W. FENET AND F & A PLC

VERSUS

CORE FUNDING GROUP, LP

CIVIL ACTION

NO. 07-543-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 29, 2010 (doc. no. 40) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, defendant, Core Funding Group, is sanctioned for failure to obey the Orders of the Court, in accordance with Rule 16(f)(1)(A) and (C) of the Federal Rules of Civil Procedure, by prohibiting it from supporting or opposing any defenses, or from introducing any evidence on its behalf.

Baton Rouge, Louisiana, this 28th day of April, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA